# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2013

146652

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERVINE LEE DAVENPORT,
      Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 146652
COA: 306868
Kalamazoo CC: 2007-000165-FC

_____/

On order of the Court, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. While the Court of Appeals erroneously failed to consider defendant's claim in light of the United States Supreme Court decision in *Holbrook v Flynn*, 475 US 560, 570; 106 S Ct 1340; 89 L Ed 2d 525 (1986) ("the question must be not whether jurors actually articulated a consciousness of some prejudicial effect, but rather whether 'an unacceptable risk is presented of impermissible factors coming into play'"), citing *Estelle v Williams*, 425 US 501, 505; 96 S Ct 1691; 48 L Ed 2d 126 (1976), the error was harmless under the facts of this case. Given the substantial evidence of guilt presented at trial, we cannot conclude that there was an unacceptable risk of impermissible factors coming into play.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2013



p0626

Clerk